# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMIEN RIVERO, | ) | CV-N-04-0295-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 7, 2005 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN          **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for extension of time to respond to summary judgment (#54) is **DENIED as moot**. As stated in defendants' response to plaintiff's motion for extension of time, the plaintiff's motion is moot because the defendants have not filed a motion for summary judgment in this case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
          Deputy Clerk